| PROB 22<br>(Rev. 01/24) | DOCKET NUMBER *(Tran. Court)*<br>**2:20CR00415-004** |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>2:26-cr-00077-RFB-DJA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Eastern District of Pennsylvania | DIVISION<br>Philadelphia |
|---|---|---|

___X___ FILED    ___ RECEIVED
___ ENTERED    ___ SERVED ON

**5/13/2026**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY:_____**MAM**_____ DEPUTY

Melvin Butler
1729 Sand Glass Avenue
North Las Vegas, NV  89166

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable R. Barclay Surrick, U.S. District Judge |

| DATES OF SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 05/09/2025 | 05/08/2030 |

**1 OFFENSE**

21 U.S.C. §§ 846 and 841(a)(I) and (b )( I )(B) - Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Cocaine (Count One)

21 U.S.C. § 841(a)(I) and (b)(I)(B) and 18 U.S.C. § 2 - Attempted Distribution of 500 Grams or More of Cocaine and Aiding and Abetting (Count Three)

21 U.S.C. § 843(b) - Criminal Use of a Communication Facility (Count Four)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Subject resides in the District of Nevada and plans on residing in that district for duration of supervision.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___Pennsylvania___

　　IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Nevada___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| May 7, 2026 | /s/ Hon. Kelley B. Hodge |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE       DISTRICT OF    NEVADA

　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 5/18/2026 | |
|---|---|
| *Effective Date* | *United States District Judge* |

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Melvin Butler

Case No.:  TO BE ASSIGNED


**REQUESTING ACCEPTANCE OF JURISDICTION**


May 12, 2026


TO:    United States District Judge

On June 13, 2023, Melvin Butler was sentenced in the Eastern District of Pennsylvania by the Honorable R. Barclay Surrick to a term 60 months imprisonment followed by five (5) years of supervised release for committing the offenses of Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Cocaine, Attempted Distribution of 500 Grams or More of Cocaine and Aiding and Abetting, and Criminal Use of a Communication Facility. Butler commenced his term of supervised release on May 9, 2025, in the District of Nevada.

Butler has no intention of returning to the Eastern District of Pennsylvania. As such, the Probation Officer respectfully requests the Court accept jurisdiction of the case. As noted by the signature on the attached Transfer of Jurisdiction (Prob 22), U.S. District Judge has agreed to relinquish jurisdiction. Should the Court agree with the request, the Transfer of Jurisdiction form is attached for Your Honor's signature.


Respectfully submitted,

Digitally signed by
Victoria Willard
Date: 2026.05.13
11:16:50 -07'00'

_____
Victoria Willard
United States Probation Officer


Approved:

Digitally signed by
Amberleigh Barajas
Date: 2026.05.13 11:11:03
-07'00'

_____
Amberleigh Barajas
Supervisory United States Probation Officer